# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| MORGAN HALL | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | |
| STYL RESIDENTIAL LLC and RICHARD PRITCHETT | ) | 1:21-CV-04717-TWT-LTW |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff and Defendants by and through her undersigned counsels of record, and hereby stipulate to a voluntary dismissal of this action against Defendants with prejudice pursuant to the provisions of Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties are to bear their own costs, attorneys' fees, and other expenses of litigation.

(Signatures on the following page)

Dated this 5th day of April, 2022.

/s/ J. Stephen Mixon
J. Stephen Mixon
Georgia Bar No. 514050
1691 Phoenix Blvd., Suite 150
Atlanta, Georgia 30349
*Attorney for Plaintiff*

/s/ Carey E. Olson
Carey E. Olson
Georgia Bar No. 843080
MCLAUGHLIN LAW FIRM
11575 Great Oaks Way, Suite 100
Alpharetta, Georgia 30022
*Attorney for Defendants*